# CORE
# CENTER OF RECOVERY

635 Stoner ✦ Shreveport, LA 71101
(318) 424-4357 ✦ Fax (318) 424-4355
www.helpforgambling.org

November 3, 2022

Mr. Brian Capitelli
Capitelli & Wicker Law Firm
1100 Poydras Street
New Orleans, Louisiana 70163

**Re:  Karen Peterson**

Dear Mr. Capitelli:

Karen C. Peterson has signed an authorization to release information to you in regards to her treatment at Center of Recovery – CORE. Enclosed please find a copy of her treatment discharge summary.

If you have any questions, please contact me directly at 318-424-4357.

Respectfully,

Yolanda Adams-Johnson, MSW, LMSW
Director of Clinical Services
635 Stoner Avenue
Shreveport, LA 71101
(318) 424-HELP (4357)
www.HelpForGambling.org



EXHIBIT B



The Louisiana Affiliate of the
National Council on Problem Gambling

"A PLACE OF HELP AND HEALING FOR COMPULSIVE GAMBLERS AND THEIR FAMILIES"

Funded in part by
DEPARTMENT OF HEALTH AND HOSPITALS

## Center of Recovery – CORE

**Client Name:** Karen Carter Peterson  **Case Number:** 21-2901

## Discharge Summary

**Date:** 12/10/2021  **Client Phone Number:** 504-621-1697

**Admit Date:** 11/01/2021  **Discharge Date:** 12/3/2021

**Reason for Admission:** ███████████████████████████████████

**Type of Discharge:** Karen satisfactorily completed treatment.

**Presenting Problems:** ███████████████████████████████████

**Assessment Results:** DSM-5 criteria for Gambling Disorder: Score: 9/9
(pre-admission and admission results were the same)
South Oaks Gambling Screen: 19/20

**Problem Identification:** ███████████████████████████████████

**Treatment Goals and Objectives:**
1. Goal: ███████████████████████
   Objective: ███████████████████████
2. Goal: ███████████████████████
   Objective: ███████████████████████
3. Goal: ███████████████████████
   Objective: ███████████████████████

COPY

CONFIDENTIAL

Center of Recovery – CORE

Client Name: Karen Carter Peterson     Case Number: 21-2901

4. Goal: ███████████████████████████████████
   Objective: ███████████████████████████████
   ████
5. Goal: ███████████████████████████████
   Objective: ███
6. Goal: ███████████████████████████
   Objective: ███████████████████████████████
   ███████████████████████████████

**Course and Progress in Treatment:** ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Participation of Family and Other Concerned Persons:** ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Discharge Diagnosis:** ███████████████████

**Recommendations:**
1) ███████████████████████████████████
2) ███████████████████████████████████
3) ███████████████████████████████████
4) ███████████████████████████████████
5) ███████████████████████████████████
6) ███████████████████████████████████



## Center of Recovery –CORE

Client Name: Karen Carter Peterson          Case Number: 21-2901



Prognosis: 

Counselor/Director: _____[signature]_____ Date: 12/10/2021
Janet M. Miller, MS, LAC, CCGC, CCDP-D